# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| In Re: Pedro Felipe Valdes, and Ana Maria Aldana | ) ) ) | Bankruptcy Case No. 18-13291-KHK (Chapter 7) |
| Debtors. | ) ) | |
| XIAO PAN, and WEI LI, | ) ) ) ) ) | Adversary Proceeding No. 19-001004-KHK |
| Plaintiffs, v. PEDRO FELIPE VALDES, | ) ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT BY DEFAULT

Default was entered against Defendant Pedro Felipe Valdes on May 30, 2019. The Plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, it is by the Court hereby:

ADJUDGED, ORDERED, and DECREED that judgment is entered in favor of plaintiffs Xiao Pan and Wei Li in the amount of two hundred and thirty-six thousand, five hundred and six dollars and two cents ($236,506.02) with pre-judgment interest from May 15, 2018 and post-judgment interest at the rates set forth in 28 U.S.C. §1961; and that said judgment is non-dischargeable pursuant to 523(a)(2), 523(a)(1)(14)(14A), and 727(c)(d)(e).

Aug 16 2019
Date

/s/ Klinette H. Kindred
KLINETTE H. KINDRED
U.S. Bankruptcy Judge

Entered on Docket: August 19, 2019

I ASK FOR THIS:
XIAO PAN
WEI LI

By Counsel

THE CARRITHERS LAW OFFICE

/s/ Lavanya Carrithers

by Lavanya K. Carrithers, VSB #81947
12020 Sunrise Valley Drive, Suite 100
Reston, Virginia 20191
Tel:  (703) 965-3387
Email: lcarrithers@carritherslawoffice.com


Copies to be sent to:


Kevin M. O'Donnell, Esq.
300 N. Washington Street
Suite 204
Alexandria, VA 22314
*Counsel for Debtors*

Kevin R. McCarthy, Esq.
McCarthy & White, PLLC
8508 Rehobeth Court
Vienna, VA 22182
*Trustee*

Pedro Felipe Valdes
Ana Maria Alana
14531 Old Mill Road
Centreville, VA 20121
*Debtors*

Lavanya K. Carrithers
The Carrithers Law Office
12020 Sunrise Valley Drive, #100
Reston, Virginia 20191

*Counsel for Movants*